# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR WHITE,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DAVID DAVEY, Warden,<br><br>　　　　　　Respondent. | Case No. CV 17-01936 JFW (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Denying Motion for Stay and Abeyance and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: March 16, 2017

　　　　　　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE